SEAGATE TECHNOLOGY, INC. AND CONSOLIDATED SUBSIDIARIES, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Seagate Tech. v. Commissioner
Docket No. 19447-97
United States Tax Court
1999 U.S. Tax Ct. LEXIS 64; September 2, 1999, Entered *64 For WILLIAM A. SCHMALZL, Counsel for Petitioners, Tax Court Bar No. SW0716. Chicago, IL.
For JEFFERY A. HATFIELD, Spcial Trial Attorney, Tax Court Bar No. HJ1106, Laguna Niguel, CA.
Thomas B. Wells, Judge. Thomas B. Wells
JUDGE WELLS
DECISION
Pursuant to the stipulation of the parties in this case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is
ORDERED AND DECIDED: That there is a deficiency in income tax for the taxable year ended June 30, 1991, in the amount of $ 3,298,009.00 and an overpayment in income tax for the taxable year ended June 30, 1991, in the amount of $ 2,444,865.23, which was paid on June 21, 1996, prior to the mailing of the notice of deficiency and for which amount a claim for refund could have been filed, under the provisions of I.R.C. § 6511(c), on June 27, 1997, the date of the mailing of the notice of deficiency, and that there is no addition to tax due from the petitioners pursuant to I.R.C. § 6662 for the taxable year ended June 30, 1991; and
That there is an overpayment in income tax for the taxable year ended June 30, 1992, in the *65 amount of $ 3,772,416.00, all of which was paid on June 21, 1996, prior to the mailing of the notice of deficiency and for which amount a claim for refund could have been filed under the provisions of I.R.C. § 6511(c), on June 27, 1997, the date of the mailing of the notice of deficiency, and, that there is no addition to tax due from the petitioners pursuant to I.R.C. § 6662 for the taxable year ended June 30, 1992; and
That there is an overpayment in income tax for the taxable year ended July 2, 1993, in the amount of $ 4,376,024.00, which amount was paid on June 21, 1996, prior to the mailing of the notice of deficiency and for which amount a claim for refund could have been filed, under the provisions of I.R.C. § 6511(c), on June 27, 1997, the date of the mailing of the notice of deficiency, and, that there is no addition to tax due from the petitioners pursuant to I.R.C. § 6662 for the taxable year ended July 2, 1993.
Thomas B. Wells
Judge.
Entered: SEP 2 1999
It is hereby stipulated that the Court may enter the foregoing decision in this case in accordance with the stipulation *66 of the parties submitted herewith.
It is further stipulated that interest will be credited or paid as provided by law on any overpayment in tax due to petitioners.
It is further stipulated that the deficiency determined in the foregoing decision does not take into account unassessed payments of tax, and that the deficiency and overpayments determined in the foregoing decision do not take into account any payments of interest, or interest due to the petitioners, including overpayment interest and overpaid deficiency interest.
STUART L. BROWN
Chief Counsel
Internal Revenue Service
Date: August 31, 1999
Date: August 30, 1999
UNITED STATES TAX COURT
SEAGATE TECHNOLOGY, INC. AND CONSOLIDATED SUBSIDIARIES, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Docket No. 19447-97
JUDGE WELLS
STIPULATION
1991
It is hereby stipulated that the following statement shows the petitioners' income tax liability for the taxable year ended June 30, 1991:
Tax Liability:
$ 14,182,111.00
Tax assessed and paid:  (listed by assessment date)
Tax on return
$ 4,266,853.80
June 17, 1997
$ 7,661,361.00
Total
$ 11,928,214.80
Abatement
June 22, 1992
$ (1,044,112.80)
Total Assessments
$ 10,884,102.00
Deficiency to be assessed:
$ 3,298,009.00
Payments of Tax:
September 15, 1991
(Statutory date)
$ 250,000.00
September 15, 1991
$ 250,000.00
September 15, 1991
$ 1,750,000.00
September 15, 1991
$ 556,573.00
September 15, 1991
$ 250,000.00
March 13, 1992
$ 166,168.00
August 10, 1994
$ 6,926,035.00
May 15, 1995
$ 1,180,362.00
June 21, 1996
$ 4,224,048.00
June 21, 1996
$ 1,010,132.00
June 21, 1996
$ 63,658.23
Total
$ 16,626,976.23
*67 Less Refunds or Credits: 0.00
Total Payments of Tax:
$ 16,626,976.23
Overpayment due petitioners
after deficiency
to be assessed
$ 2,444,865.23
I.R.C. §§ 6512(b)(3)(B) and 6511(c)
Return filed March 17, 1992 pursuant to
an extension granted for filing the
return from September 15, 1991 to
March 17, 1992
No claim filed
Agreement executed February 15, 1994
(extending the statutory period to
June 30, 1997)
Notice of deficiency mailed
June 27, 1997
It is further stipulated that the 1991 deficiency determined above does not take into account unassessed payments of tax, and that the deficiency and overpayment determined above do not take into account any payments of interest, or interest due to petitioners including overpayment interest and overpaid deficiency interest.
It is further stipulated that for 1991 the petitioners remitted to the respondent payments of tax and interest on the following dates in the following aggregate amounts (which amounts include the 1991 payments described above):
Date
Amount
September 15, 1991
(due date of 1991 return)
$ 3,056,573.00
March 13, 1992
$ 166,168.00
June 22, 1992
$ 8,239.90
August 31, 1992
$ 79.78
August 10, 1994
$ 9,470,858.08
May 15, 1995
$ 1,587,517.00
June 21, 1996
$ 7,793,974.23
*68 It is further stipulated that no refunds and/or allowances of 1991 tax and interest were made to petitioners.
1992
It is hereby stipulated that the following statement shows the petitioners' income tax liability for the taxable year June 30, 1992:
Tax Liability:
$ 32,797,525.00
Tax assessed and paid:
$ 36,697,704.50 (listed by assessment date)
Assessed on return
$ 21,288,829.50
May 24, 1993
$ 11,750.00
June 17, 1997
$ 15,397,125.00
Payments of Tax:
September 15, 1992
(Statutory date)
$ 750,000.00
September 15, 1992
$ 12,000,000.00
September 15, 1992
$ 10,000,000.00
August 10, 1994
$ 1,323,056.00
August 10, 1994
$ 2,462,918.00
May 15, 1995
$ 1.00
June 21, 1996
$ 3,438,665.00
June 21, 1996
$ 8,044,721.00
Total
$ 38,019,361.00
Less Refunds or Credits:
September 15, 1993
$ 1,449,420.00
Total Payments of Tax:
$ 36,569,941.00
Overpayment:
$ 3,772,416.00
I.R.C. §§ 6512(b)(3)(B) and 6511(c)
Return filed March 17, 1993 pursuant to  an extension granted for filing the  return from September 15, 1992 to  March 17, 1993.
No claim filed
Agreement executed February 15, 1994  (extending the statutory period to  June 30, 1997)
Notice of deficiency mailed  June 27, 1997
*69 It is further stipulated that the overpayment determined above does not take into account any payments of interest, or interest due to petitioners including overpayment interest and overpaid deficiency interest.
It is further stipulated that for 1992 the petitioners remitted to the respondent payments of tax and interest on the following dates in the following aggregate amounts (which amounts include the 1992 payments described above):
Date
Amount
September 15, 1992
(due date of 1992 return)
$ 22,750,000.00
August 10, 1994
$ 4,911,368.75
May 15, 1995
$ 1,730.00
June 21, 1996
$ 15,520,455.00
It is further stipulated that aggregate refunds and/or allowances of 1992 tax and interest were made to petitioners in the following amount and that such amount is inclusive and not in addition to the 1992 refunds and credits described above:
Date
Amount
September 15, 1993
$ 1,449,420.00
1993
It is hereby stipulated that the following statement shows the petitioners' income tax liability for the taxable year July 2, 1993:
Tax Liability:
$ 42,266,551.00
Tax assessed and paid:
$ 46,131,988.00 (listed by assessment date)
Assessed on return
$ 29,622,046.00
June 17, 1997
$ 16,509,942.00
Payments of Tax:
September 15, 1993
(Statutory date)
$ 5,750,000.00
September 15, 1993
$ 750,000.00
September 15, 1993
$ 1,449,420.00
September 15, 1993
$ 27,000,000.00
August 10, 1994
$ 8,969,283.00
May 15, 1995
$ 368,581.00
June 21, 1996
$ 2,068,709.00
June 21, 1996
$ 5,613,957.00
Total:
$ 51,969,950.00
Less Refunds or Credits:
April 4, 1994
$ 5,327,375.00
Total Payments of Tax:
$ 46,642,575.00
Overpayment:
$ 4,376,024.00
I.R.C. §§ 6512(b)(3)(B) and 6511(c)
Return filed March 17, 1994 pursuant to  an extension granted for filing the  return from September 15, 1993 to  March 17, 1994
No claim filed
Agreement executed February 15, 1994  (extending the statutory period to  June 30, 1997)
Notice of deficiency mailed  June 27, 1997
*70 It is further stipulated that the overpayment determined above does not take into account any payments of interest, or interest due to petitioners including overpayment interest and overpaid deficiency interest.
It is further stipulated that for 1993 the petitioners remitted to the respondent payments of tax and interest on the following dates in the following aggregate amounts (which amounts include the 1993 payments described above):
Date
Amount
September 15, 1993
(due date of 1993 return)
$ 34,949,420.00
August 10, 1994
$ 9,549,722.00
May 15, 1995
$ 431,241.00
June 21, 1996
$ 9,678,797.00
It is further stipulated that aggregate refunds and/or allowances of 1993 tax and interest were made to the petitioners in the following amount and that such amount is inclusive and not in addition to the 1993 refunds and credits described above:
Date
Amount
April 4, 1994
$ 5,327,375.00
STUART L. BROWN
Chief Counsel
Internal Revenue Service
Date: August 31, 1999
Date: August 30, 1999
CERTIFICATE OF SERVICE
I hereby certify that on August 31, 1999, I caused the foregoing Decision and Stipulation to be served on the other parties to this *71 action by sending such copies to opposing counsel via United States Mail, postage prepaid, at the following address:
Jeffrey A. Hatfield, Esq.
Internal Revenue Service
Southern California District Counsel
24000 Avila Road, Suite 4404
Laguna Niguel, California 92677-0215
Neville S. Hedley